**Jed W. Manwaring ISB #3040**
**Christy A. Kaes ISB #4852**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
          **ckaes@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | **Case No. 17-00450-TLM** |
| **FARMERS GRAIN, LLC,** | **Chapter 7** |
| Debtor. | |
| **NOAH G. HILLEN, Trustee,** | **Adversary Proc. No. 19-06028-TLM** |
| Plaintiff, | |
| **vs.** | |
| **DAVID CHRIS UNRUH** | |
| Defendant. | |

### MOTION TO RETAIN ADVERSARY
### AND DECLARATION IN SUPPORT

In response to this Court's Notice of Conditional Dismissal (Doc. 5) entered on June 10,

2019, Plaintiff, by and through undersigned counsel, moves the Court to retain the Adversary

*MOTION TO RETAIN ADVERSARY AND DECLARATION IN SUPPORT  - 1*

pending settlement approval.  Plaintiff has reached a settlement with the Defendant and needs additional time to prepare and have the compromise approved by the Court.

## DECLARATION

Jed W. Manwaring declares and states that:

1.      I am the attorney for the above Trustee Plaintiff and have personal knowledge of the facts stated herein.

2.      Since filing and service of the Complaint, I have reached a settlement on behalf of the Trustee with the Defendant working with his attorney Patrick Geile.

3.      I need an additional 60 days to obtain approval of the compromise from the Court.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of June, 2019.

EVANS KEANE LLP

By ____/s/ Jed W. Manwaring_____
        Jed W. Manwaring, Of the Firm
        Attorneys for Trustee

*MOTION TO RETAIN ADVERSARY AND DECLARATION IN SUPPORT  - 2*