# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**FARMERS GRAIN, LLC,**<br><br>　Debtor. | Case No. 17-00450-TLM<br><br>Chapter 7 |
| **NOAH G. HILLEN, Trustee,**<br><br>　Plaintiff,<br><br>vs.<br><br>**DAVID CHRIS UNRUH**<br><br>　Defendant. | Adversary Proc. No. 19-06028-TLM |

## ORDER RETAINING ADVERSARY

In response to this Court's Notice of Conditional Dismissal (Doc. 5), Plaintiff filed a Motion to Retain Adversary and Declaration in Support (Doc. 6). For good cause appearing the above Adversary Proceeding shall be retained for 60 days from the date of this Order, after which the Adversary Proceeding may be dismissed if the Plaintiff has not obtained approval of the proposed compromise or the Defendant has not filed an responsive pleading.

/ / / end of text / / /

*ORDER RETAINING ADVERSARY   - 1*

DATED:  June 28, 2019



                                                         _____
                                                         TERRY L. MYERS
                                                         U.S. BANKRUPTCY JUDGE

Submitted by Jed W. Manwaring
Attorney for Plaintiff

*ORDER RETAINING ADVERSARY  - 2*